U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 28 2017
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Saundvallec Bullock  Plaintiff(s) vs. | Civil Case No.: 5:17-Cv-1302 (BKS/TWD) |
| Onondaga dss / cps  Defendant(s) | CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983 |

Plaintiff(s) demand(s) a trial by: ☑ JURY  ◯ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

yes

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: __Saundvallec Bullock__
   Address: __173 delong ave__

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: __Joanie Mahoney__
   Official Position: __commisner__
   Address: __421 montgomery St__
   __Syracuse N.Y. 13202__

b. Defendant: Jonie Mahoney
   Official Position: Commisner
   Address: 421 Montgomery

c. Defendant: DSS
   Official Position: P.A.
   Address: 421 Montgomery
            Syracuse N.Y.
            13202

Additional Defendants may be added on a separate sheet of paper.

4. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

2012 I was hit and run with a car me and step son Jason Southwum never recieve Benifits from County for Jason for six years Never took care Jason medical or Food and Home For Him and me 2017 I was put on disabilitie and

They stop paying rent left me with a Inviction. And put in Fraud Case to with day care

5.                    **CAUSES OF ACTION**

Note: You must clearly state each cause of action you assert in this lawsuit.

**FIRST CAUSE OF ACTION**

Discrimination on me and step son cps

**SECOND CAUSE OF ACTION**

DSS never gave Jason no benifits for him or me from the age 13-18

**THIRD CAUSE OF ACTION**

Made me Homeless 2017 after I torn in Job plus disabilities status From doctor.

6. **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

_Saundwallee Bullck_

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _11/28/17_

_Saundaller Bullock_
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010