**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**SAUNDUALLEE BULLOCK,**

               **Plaintiff,**

v.                                                                                                5:17-CV-1302 (BKS/TWD)

**DSS, CPS COMMISSIONER, et al.,**

               **Defendants.**
_____

Appearances:

Saunduallee Bullock
Syracuse, NY
Plaintiff, pro se

**Hon. Brenda K. Sannes, United States District Judge:**

**MEMORANDUM-DECISION AND ORDER**

Plaintiff pro se Saunduallee Bullock, commenced this action by filing a form civil rights complaint under 42 U.S.C. § 1983 and a form "Bivens Action" complaint, together with a motion for leave to proceed *in forma pauperis*. (Dkt. Nos. 1 and 1-1). This matter was referred to United States Magistrate Judge Thérèse Wiley Dancks who, on January 18, 2018, issued an Order and Report-Recommendation recommending that Plaintiff's complaints be dismissed for failure to comply with Rules 8 and 10 of the Federal Rules of Civil Procedure and for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii). (Dkt. No. 4 at 14). Magistrate Judge Dancks further recommended that Plaintiff be granted thirty (30) days to file an amended complaint under 42 U.S.C. § 1983 against Onondaga County and Onondaga County Executive Joanne M. Mahoney in her individual capacity, and that Plaintiff's *Bivens*

claims against Defendants DSS/CPS Onondaga County, DSS/CPS Commissioner, DSS, and CPS be dismissed with prejudice and without leave to amend. (Dkt. No. 4 at 15). Magistrate Judge Dancks advised the Plaintiff that under 28 U.S.C. § 636(b)(1), he had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. (Dkt. No. 4 at 15). No objections to the Report-Recommendation have been filed. On February 20, 2018, the Plaintiff filed a motion for an extension of time to file an amended complaint, seeking the "maximum possible extension of time." (Dkt. No. 5).

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228-29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation (Dkt. No. 4) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's complaints (Dkt. Nos. 1 and 1-1) are **DISMISSED** for failure to comply with Rules 8 and 10 of the Federal Rules of Civil Procedure, and under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted; and it is further

**ORDERED** that plaintiff is granted forty-five (45) days from the date of this Order to file an amended complaint under 42 U.S.C. § 1983 against Onondaga County and Onondaga County Executive Joanne M. Mahoney in her individual capacity; and it is further

**ORDERED** that plaintiff's *Bivens* claims against Defendants DSS/CPS

Onondaga County, DSS/CPS Commissioner, DSS, and CPS are **DISMISSED WITH PREJUDICE** and without leave to amend; and it is further

**ORDERED** that the Clerk serve a copy of this Order upon the plaintiff via regular and certified mail.

**IT IS SO ORDERED.**

Dated:  February 26, 2018

_____
Brenda K. Sannes
U.S. District Judge